August 24, 2007

Mr. David F. Chappell
Chappell, Hill & Lowrance, L.L.P.
2501 Parkview Drive, Suite 220
Fort Worth, TX 76102
Mr. Kent F. Brooks
Law Office of Kent F. Brooks
8117 Preston Rd., Suite 300
Dallas, TX 75225

RE: Case Number: 05-0427
 Court of Appeals Number: 02-03-00116-CV
 Trial Court Number: 17-181243-99

Style: FORT WORTH INDEPENDENT SCHOOL DISTRICT
 v.
 SERVICE EMPLOYMENT REDEVELOPMENT

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. (Justice Willett not
sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Michael T. |
| |Savage |
| |Ms. Stephanie |
| |Robinson |
| |Mr. Thomas A. |
| |Wilder |
| |Mr. Eric W. Schulze|